# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| National Steel & Shipbuilding Company ) | ASBCA No. 61929 |
| ) | |
| Under Contract No. N00024-13-C-4404 ) | |

APPEARANCES FOR THE APPELLANT:     Gregory H. Petkoff, Esq.
                                   Carla J. Weiss, Esq.
                                   Grant B. Schweikert, Esq.
                                   Umer M. Chaudhry, Esq.
                                     Jenner & Block LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                   Russell A. Shultis, Esq.
                                     Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The contracting officer's final decision from which this appeal was taken has been withdrawn. The parties mutually consent to the dismissal of the appeal. When a contracting officer unequivocally rescinds a government claim, the government's action moots the appeal, leaving the Board without jurisdiction to entertain the appeal further. *Combat Support Associates*, ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,974. Accordingly, the appeal is dismissed as moot.

Dated: April 9, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61929, Appeal of National Steel & Shipbuilding Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2